UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BRIANA KIRK, <br><br> PLAINTIFF, <br><br> v. <br><br> PIERCE MORTUARY COLLEGES, INC., <br><br> DEFENDANT. | CAUSE NO. 4:19-CV-00010-TWP-DML |

## NOTICE OF SETTLEMENT

Defendant Pierce Mortuary Colleges, Inc., advises the Court that the parties have agreed to settlement. The parties will subsequently file a joint motion to vacate the judgment and a stipulation of dismissal with prejudice.

*Neal Bailen*
Neal Bailen, Bar No. 26246-53
Chelsea R. Stanley, Bar No. 32770-22
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN  47130
Telephone:  (812) 282-7566
Email:  nbailen@stites.com
Email:  cstanley@stites.com

COUNSEL FOR DEFENDANT,
PIERCE MORTUARY COLLEGES, INC.

204588:1