UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| BRIANA KIRK, | |
| PLAINTIFF, | |
| v. | CAUSE NO. 4:19-CV-00010-TWP-DML |
| PIERCE MORTUARY COLLEGES, INC., | |
| DEFENDANT. | |

**ORDER VACATING JUDGMENT
AND DISMISSING ACTION**

This matter comes before the Court on the joint motion of Plaintiff Briana Kirk and Defendant Pierce Mortuary Colleges, Inc. to vacate judgment and dismiss this cause of action.  The Court being fully advised GRANTS said motion, and ORDERS that:

1.    The Entry of Default entered against the Defendant on July 9, 2019 is vacated.

2.    The Default Judgment entered against the Defendant on February 3, 2020 is vacated.

3.    The Final Judgment and damages award entered against the Defendant on February 3, 2020 is vacated.

4.    This cause of action is dismissed with prejudice, with each party to bear its own costs, attorney's fees, and expenses.

5.    This is a final judgment and there is no reason for delay.

Date: 7/1/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically
on all ECF-registered counsel of
record via email generated
by the court's ECF system.

204620:2